| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br><br>Calendar Year 2003 | Report Required by the Ethics<br>In Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Lovell, Charles C | 2. Court or Organization<br><br>District of Montana | 3. Date of Report<br><br>4/15/04 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination,  Date<br><br>○ Initial    ⦿ Annual    ○ Final | 6. Reporting Period<br><br>1/1/03<br>to<br>12/31/03 |
| 7. Chambers or Office Address<br><br>901 Front Street<br><br>Suite 3100<br><br>Helena, Montana 59626 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

✔ **NONE**  - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

✔ **NONE**  - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED
Mar 5  11 39 AM '04
FINANCIAL
DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lovell, Charles C | 4/15/04 |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

✔ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

✔ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS– transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

✔ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lovell, Charles C | 4/15/04 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

✓. **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

✓ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| | | | Date of Report |
|---|---|---|---|
| | Name of Person Reporting | | 4/15/04 |
| | Lovell, Charles C | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Wells Fargo Bank Accounts & IRA | A | Interest | L | T | | | | | |
| 2. Stockman Bank | A | Interest | K | T | | | | | |
| 3. First Interstate Bank IRA | A | Interest | J | T | | | | | |
| 4. Mountain West Bank Account | A | Interest | K | T | | | | | |
| 5. Mineral/Royalty/Rental Parcel 1 * | B | Rent | J | W | | | | | |
| 6. Mineral/Royalty/Rental -Parcel 2 * | A | Rent | J | W | | | | | |
| 7. * Property ████ in which the Judge owns no interest | | | | | | | | | |
| 8. Valley Bank (X) | A | Interest | J | T | | | | | |

Income Gain Codes.  A – $1,000 or less  B – $1,001-$2,500  C – $2,501-$5,000  D – $5,001-$15,000  E – $15,001-$50,000
(See Columns B1 and D4)  F – $50,001-$100,000  G – $100,001-$1,000,000  H1 – $1,000,001-$5,000,000  H2 – More than $5,000,000
Value Codes:  J – $15,000 or less  K – $15,001-$50,000  L – $50,001-$100,000  M – $100,001-$250,000
(See Columns C1 and D3)  N – $250,000-$500,000  O – $500,001-$1,000,000  P1 – $1,000,001-$5,000,000  P2 – $5,000,001-$25,000,000
P3 – $25,000,001-$50,000,000  P4 – $More than $50,000,000
Value Method Codes  Q – Appraisal  R – Cost (Real Estate Only)  S – Assessment  T – Cash Market

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Valley bank (███████ account) met the threshold this year and was added the report.

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Lovell, Charles C | 4/15/04 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sign ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Date 30 April 04

NOTE: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544